IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-03149-PAB-BNB

AMERICAN CONTRACTING, LLC, a Colorado corporation,

Plaintiff,

v.

OLSON FENCING, INC., a Wyoming corporation,

Defendant.

---

**ORDER**

---

I am informed that the defendant has filed a bankruptcy petition in the District of Wyoming and that the claims asserted here against it are subject to the automatic stay provisions of 11 U.S.C. § 362. Therefore, good cause having been shown, IT IS ORDERED:

(1) The Order to Show Cause [Doc. # 40] is DISCHARGED; and

(2) The final pretrial conference set for November 14, 2013, at 8:30 a.m., and related deadlines are VACATED

Dated November 6, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge